IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

**GERALD WALL,**

    Plaintiff,

v.                                                            Civil Action No. **3:12CV93**

**SGT. BASERAP,** *et al.,*

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on February 24, 2012, the Court conditionally docketed the action. By that Memorandum Order the Court informed Plaintiff that he must keep the Court informed of his current address. On March 28, 2012, United States Postal Service returned the Memorandum Order entered on March 23, 2012 marked, "Gone" and "RTS." Since that date, Plaintiff has not contacted the Court provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                 /s/
                                                     John A. Gibney, Jr.
                                                     United States District Judge

Date: 5/7/12
Richmond, Virginia